1  GREG W. GIBEAUT, Bar No. 82119
   JOHN W. ALLEN, Bar No. 13749
2  GIBEAUT, MAHAN & BRISCOE
   6701 Center Drive West, Suite 611
3  Los Angeles, California 90045
   Telephone: (310) 410-2020
4  Facsimile: (310) 410-2010

5  Attorneys for Defendant,
   DOUGLAS ARTHUR OWEN
6

7

8              UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

10

11 ADRIAN O. ALEGRIA,           ) Case No. SACV11-01669 AG (RNBx)
                                )
12            Plaintiff,        ) *Honorable Andrew J. Guilford*
                                )
13      vs.                     ) [PROPOSED] JUDGMENT
                                )
14 BRAE BURBIDGE, DOUG OWEN, LEE)
   E. BURBIDGE, WALLACE T.      )
15 BOYACK, GLOBAL WEB, INC.,    )
   KENNETH BELL, CHRISTIAN R.   )
16 LARSEN, and PACIFIC WEBWORKS,)
   INC.,                        )
17                              )
              Defendants.       )
18 _____)

19     This action came on for hearing before the Court, on July 9, 2012, the

20 Honorable Andrew J. Guilford, District Judge presiding, on a Motion for Summary

21 Judgment, and the evidence presented having been fully considered, the issues

22 having been duly heard and a decision having been duly rendered,

23     IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the

24 action be dismissed on the merits and that Defendant DOUGLAS ARTHUR OWEN

25 recover his costs.

26 Dated: July 11, 2012

27

28
                                    UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] JUDGMENT