David P. Hirschi (Pro Hac Vice)
HIRSCHI, STEELE & BAER, PLLC.
136 E. South Temple, Suite 1400
Salt Lake City, UT 84111
Ph: (801) 990-0500
Fax: (801) 322-0594
Chris A. Johnson, Esq. (SBN#166123)
SINGLE OAK LAW OFFICE, APC
28780 Single Oak Drive, Suite#220
Temecula, CA 92590
Ph: (951) 676-3345
Fax: (951) 676-3385

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN O. ALEGRIA, | CASE NO. SACV11-01669 AG (RNBx) |
| Plaintiff, | **JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| BRAE BURBIDGE, DOUG OWEN, LEE E. BURBIDGE, WALLACE T. BOYACK, GLOBAL WEB, INC., KENNETH BELL, CHRISTIAN R. LARSEN | *Honorable Andrew J. Guilford*<br>*Hearing: October 1, 2012*<br>*Time: 10:00 AM*<br>*Dept: 10D* |
| Defendants. | |

The Motion of Pacific WebWorks and Defendants, Kenneth Bell and Christian R. Larsen, for Summary Judgment, came on regularly for hearing before this Court on October 1, 2012. David P. Hirschi and Christopher A. Johnson appeared as attorneys for Pacific WebWorks and Defendants, Kenneth Bell and Christian R. Larsen. Plaintiff, Adrian O. Alegria, was not present.

After considering the opposition papers, all arguments made by Defendants' counsel, and all matters presented to the Court, IT IS HEREBY ORDERED that the Motion is GRANTED and Summary Judgment is entered in favor of Pacific WebWorks and the Defendant's, Kenneth Bell and Christian R. Larsen, against Plaintiff Adrian O. Alegria, with prejudice.

Dated: October 03, 2012

_____
Judge Andrew J. Guilford
UNITED STATES DISTRICT JUDGE